judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Richland County for entry.

*Tuesday, November 21, 2000*

## MOTION DOCKET

**00–266.   State v. Burnett.**
Hamilton App. No. C–981003. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

IT IS ORDERED by the court, *sua sponte,* that appellee show cause, within twenty days of the date of this order, why the judgment of the court of appeals should not be reversed in view of the judgment of the federal district court in *Johnson v. Cincinnati* (Jan. 20, 2000), S.D. Ohio No. C–1–98–441, unreported, 2000 WL 943822.

IT IS FURTHER ORDERED by the court, *sua sponte,* that oral argument scheduled for November 28, 2000, be continued.

COOK, J., dissents.

*Wednesday, November 22, 2000*

## MERIT DOCKET

**00–643.   Eaton v. Morgan.**
In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1389.   State ex rel. Kubicek v. Corrigan.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1662.   State ex rel. Willis v. State.**
In Mandamus. On answer of respondent Karl R. Harris and on answer of respondent Judge H. J. Bressler.
On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1675.   State ex rel. Willis v. State.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1701.   Platte v. Ford Motor Co.**
Certified State Law Question, No. 300CV7171. On review of order certifying questions of state law filed without benefit of preliminary memorandums from the parties.
The court declines to answer the certified questions. This cause is dismissed.
MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1792.   Mackey v. Gubbard.**
In Habeas Corpus. On petition for writ of habeas corpus by Michael Mackey. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1816.   Schrock v. Gansheimer.**
In Habeas Corpus. On petition for writ of habeas corpus by Matthew M. Schrock. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.